IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS LLC,<br><br>          Plaintiff,<br><br>v.<br><br>MIKE SOTO,<br><br>          Defendant. | CIVIL NO. 06-5348(NLH)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY** on this 16th day of July 2007

**ORDERED** that Plaintiff's motion for an entry of default judgment against Defendant [5] is **GRANTED.**

**IT IS FURTHER ORDERED** that judgment in the amount of $10,000.00 in statutory damages, $2,242.50 in attorneys' fees, and $424.06 in costs, totaling $12,666.56, in addition to prejudgment interest, shall be entered against Defendant.

**IT IS FURTHER ORDERED** that Defendant is enjoined from committing or assisting in the commission of any further violations of 47 U.S.C. § 553(a)(1).

                                        s/ Noel L. Hillman
At Camden, New Jersey                   NOEL L. HILLMAN, U.S.D.J.